# EXHIBIT C





















