# EXHIBIT D















