# EXHIBIT E



phillytrilogy • Follow
Philadelphia, Pennsylvania

phillytrilogy 4w
Join us this weekend @phillytrilogy!!!
@djocean876 @djproud876
#hiphop #RnB #afrobeats #reggae
#goodvibsonly #birthday #party #vip
#bottle #dance #afterhours #philly
#newjersey #delaware

**No comments yet.**

Start the conversation.

19 likes
February 20

Comments on this post have been limited.

More posts from phillytrilogy



phillytrilogy • Follow

phillytrilogy 294w
WE DOING IT AGAIN FOR SINDUSTRY
SUNDAYS!!! EVERYBODY'S IN FREE
TIL11PM TONIGHT!!!!
#afrobeats #hiphop #reggae #rnb
#rcggaeton #dance #dancing #philly
#philadelphia #pennsylvania #newjersey
#delaware #vip #models #bottle #hookah
#hookahlounge #hookahbar #fun
#goodtimes #phillytrilogy

No comments yet.

Start the conversation.

3 likes
July 28, 2019

Comments on this post have been limited.





**phillytrilogy** · Follow
Trilogy Nightclub

**phillytrilogy** 296w
SINDUSTRY SUNDAY AT TRILOGY IS THE
EVENT TO BE AT EACH & EVERY
SUNDAY!!!
@yelenaaas @djproud876 @kmixson
#afrobeats #hiphop #reggae #rnb
#reggaeton #dance #dancing #philly
#philadelphia #pennsylvania #newjersey
#delaware #vip #models #bottle #hookah
#hookahlounge #hookahbar #fun
#goodtimes #phillytrilogy

### No comments yet.

Start the conversation.

8 likes
July 14, 2019

Comments on this post have been limited.

Instagram



phillytrilogy • Follow

phillytrilogy 296w
SINDUSTRY Sunday is on deck tonight!!!

**No comments yet.**
Start the conversation.

July 14, 2019

Comments on this post have been limited.





phillytrilogy • Follow
Trilogy

phillytrilogy Tonight, Tonight, Tonight at Trilogy
nightclub!!! #philadelphia #pennsylvania
#newjersey #delaware #hiphop #reggae
#reggaeton #afrobeats #rnb #vip #dance
#bottleservice #fun #5am #afterhours
#afterparty #hookah #hookahlounge
#hookahbar #shisha #shishatime
#shishabar #diversity #philly

## No comments yet.

Start the conversation.

52 likes

May 17, 2019

Comments on this post have been limited.



Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile
- AI Studio
- Threads
- More



**phillytrilogy** · Follow
Trilogy

**phillytrilogy** 305w
Tonight, Tonight, Tonight!!!

## No comments yet.

Start the conversation.

5 likes
May 17, 2019

Comments on this post have been limited.

Friday, March 21, 2025
Fri 7:40 PM (Local time)

7:40 PM
3/21/2025



Philly Trilogy
May 18, 2019 · 

Tonight, Tonight, Tonight at Trilogy nightclub!!!



Trilogy
May 18, 2019 · ⚙

Tonight, Tonight, Tonight at Trilogy nightclub!!!
#philadelphia #pennsylvania #newjersey
#delaware #hiphop #reggae #reggaeton
#afrobeats #rnb #vip #dance #bottleservice
#fun #5am #afterhours #afterparty #hookah
#hookahlounge #hookahbar #shisha
#shishatime #shishabar #diversity #philly

Write a comment...



Trilogy
May 18, 2019 · ⚙

Join us for the hottest most diverse party in the tri-states area at Trilogy nightclub!!! EVERYBODY IS IN FREE TIL 11PM....

👍 1                                                    1 💬 ↗

👍 Like          💬 Comment          📞          ↗ Share

Write a comment...



Trilogy
May 17, 2019

Tonight, Tonight, Tonight at Trilogy nightclub!!! #philadelphia #pennsylvania #newjersey #delaware #hiphop #reggae #reggaeton #afrobeats #rnb #vip #dance #bottleservice #fun #5am #afterhours #afterparty #hookah #hookahlounge #hookahbar #shisha #shishatime #shishabar #diversity #philly

Write a comment...

Friday, March 21, 2025
Fri 7:41 PM (Local time)

7:41 PM
3/21/2025



Trilogy
May 17, 2019 ·

Tonight, Tonight, Tonight at Trilogy nightclub!!!

#philadelphia #pennsylvania #newjersey #delaware #hiphop #reggae #reggaeton #afrobeats #rnb #vip #dance #bottleservice #fun #5am #afterhours #afterparty #hookah #hookahlounge #hookahbar #shisha #shishatime #shishabar #diversity #philly

Write a comment...

Friday, March 21, 2025
Fri 7:41 PM (Local time)

7:41 PM
3/21/2025



Instagram



phillytrilogy • Follow
Trilogy

phillytrilogy 315w
SINDUSTRY Sunday is happening tonight,
Rain or snow, we will be open!!!

No comments yet.
Start the conversation.

4 likes
March 3, 2019

Comments on this post have been limited.







Instagram

Home
Search
Explore
Reels
Messages
Notifications
Create
Profile
AI Studio
Threads
More

phillytrilogy • Follow
Trilogy Nightclub

phillytrilogy 318w
Join us tonight for hookah Sunday at Trilogy!!!

**No comments yet.**

Start the conversation.

4 likes
February 10, 2019

Comments on this post have been limited.

Friday, March 21, 2025
Fri 7:43 PM (Local time)

7:43 PM
3/21/2025



phillytrilogy • Follow
Trilogy Nightclub

phillytrilogy 319w
Tonight, tonight, tonight!!!

**No comments yet.**
Start the conversation.

6 likes
February 8, 2019

Comments on this post have been limited.



**phillytrilogy** · Follow
Trilogy Nightclub

**phillytrilogy** 319w
Tonight, super bowl after party at Trilogy!!!

**calioza** 319w
❤️🔥🔥❤️❤️
Reply

**djsherlan** 319w
🔥🔥🔥
Reply

16 likes
February 3, 2019

Comments on this post have been limited.



Instagram

Home
Search
Explore
Reels
Messages
Notifications
Create
Profile
AI Studio
Threads
More

phillytrilogy • Follow
Trilogy Nightclub

phillytrilogy 320w
SINDUSTRY Sundays at Trilogy!
We partying till 330am!!!

No comments yet.

Start the conversation.

11 likes
January 27, 2019

Comments on this post have been limited.



**phillytrilogy** · Follow
Trilogy Nightclub

**phillytrilogy** 325w
HAPPY HOLIDAY TO EVERYBODY!!! PLZ JOIN US FOR SINDUSTRY SUNDAY TONIGHT AT TRILOGY!!!

**No comments yet.**

Start the conversation.

11 likes
December 23, 2018

Comments on this post have been limited.

Instagram

Home

Search

Explore

Reels

Messages

Notifications

Create

Profile

AI Studio

Threads

More



**phillytrilogy** • Follow
Trilogy Nightclub

**phillytrilogy** 328w
Free admission & free hookah til 11pm at
Trilogy nightclub on Fridays!!!

**imac334** 327w
@lancexswank

Reply

8 likes

December 5, 2018

Comments on this post have been limited.

Friday, March 21, 2025
Fri 7:45 PM (Local time)

7:45 PM
3/21/2025



**phillytrilogy** • Follow
Trilogy Nightclub

**phillytrilogy** 328w
International Friday's at Trilogy nightclub!!!
Free admission & hookah until 11pm!!!
We party until 330am!!!

## No comments yet.

Start the conversation.

4 likes
December 5, 2018

Comments on this post have been limited.

Friday, March 21, 2025
Fri 7:45 PM (Local time)

7:45 PM
3/21/2025



phillytrilogy • Follow
Trilogy Nightclub

phillytrilogy 329w
International Friday at Trilogy nightclub tonight!!!
Everybody's in free until 11pm.
Free hookah until 11pm.
We partying until 330am.

**No comments yet.**

Start the conversation.

3 likes

November 30, 2018

Comments on this post have been limited.

Friday, March 21, 2025
Fri 7:46 PM (Local time)

7:46 PM
3/21/2025



phillytrilogy · Follow
Trilogy Nightclub

phillytrilogy 330w
Tonight @phillytrilogy!!!

fliped.construction 329w
😊 @carrrmelita Follow Me!

Reply

3 likes
November 23, 2018

Comments on this post have been limited.



phillytrilogy • Follow
Trilogy Nightclub

phillytrilogy 331w
Pls join us tonight for the hottest international party in the tri-state area at Trilogy tonight!!!
-Everybody's in free until 11pm
-Free hookah until 11pm
-2 Dj's, 2 vibes
-we partying until 330am

**No comments yet.**
Start the conversation.

5 likes
November 16, 2018

Comments on this post have been limited.



**phillytrilogy** • Follow
Trilogy Nightclub

**phillytrilogy** 332w
Everybody's in free until 11pm tonight & tomorrow at Trilogy!!!

## No comments yet.

Start the conversation.

12 likes
November 9, 2018

Comments on this post have been limited.



Instagram

Home
Search
Explore
Reels
Messages
Notifications
Create
Profile
AI Studio
Threads
More

phillytrilogy • Follow
Trilogy Nightclub

phillytrilogy 333w
Plz join us tonight for International Fridays
at Trilogy nightclub!!!
Everybody's in free until 11pm & the party
doesn't stop until 330am!!!

**No comments yet.**
Start the conversation.

6 likes
November 2, 2018

Comments on this post have been limited.



Instagram

Home

Search

Explore

Reels

Messages

Notifications

Create

Profile

AI Studio

Threads

More

phillytrilogy • Follow
Trilogy Nightclub

phillytrilogy 333w
This weekend's line up at Trilogy nightclub!!!

**No comments yet.**
Start the conversation.

8 likes
October 30, 2018

Comments on this post have been limited.

Friday, March 21, 2025
Fri 7:47 PM (Local time)

7:47 PM
3/21/2025



phillytrilogy · Follow
Trilogy Nightclub

phillytrilogy 335w
We partying until 330am!!!

**No comments yet.**
Start the conversation.

3 likes
October 12, 2018

Comments on this post have been limited.



**phillytrilogy** • Follow
Trilogy Nightclub

**phillytrilogy** 336w
-Everybody's free tonight until 11pm
-Free hookah until 11pm
-we partying until 330am

## No comments yet.

Start the conversation.

5 likes
October 12, 2018

Comments on this post have been limited.



**phillytrilogy** • Follow
Trilogy Nightclub

**phillytrilogy** 337w
Tonight,tonight, tonight!!!

**No comments yet.**

Start the conversation.

6 likes

September 28, 2018

Comments on this post have been limited.

Instagram    ×    +

← → C ⌂ instagram.com/p/BoN70YyjoSd/

**Instagram**

🏠 Home

🔍 Search

🧭 Explore

📹 Reels

💬 Messages

❤️ Notifications

➕ Create

👤 Profile

AI Studio

Threads

☰ More



**phillytrilogy** • Follow
Trilogy Nightclub

**phillytrilogy** Edited • 338w
The hottest international party in the
city each & every Friday at Trilogy
nightclub & sports bar!!!
-Everybody is in free until 11pm
-Free hookah until 11pm
-the best in hip hop, reggae,
reggaeton,afrobeats & international
music
-The party doesn't stop until 330 in the
morning.
Tell a friend to tell a friend...
@djkingfranklyn @pheebasian
@djproud876 @jessy_couture
@philadelphia #philly #delaware
#newjersey #pennsylvania #hookah
#hiphop #housemusic #Afro beats# vip
#goodtimes #phillytrilogy #funtimes
#afterparty #afterhours
#internationalmodel

❤️ 💬 ✈️       🔖

**33 likes**
September 27, 2018

Comments on this post have been limited.

Friday, March 21, 2025
Fri 7:49 PM (Local time)

7:49 PM
3/21/2025



**phillytrilogy** · Follow
Trilogy Nightclub

**phillytrilogy** 348w
Tonight, tonight, tonight!!! Plz join us
for the hottest Latin party in philly "
LATIN BLEND", With a live broadcast on
La Mega 105.7 fm!!!
EVERYBODY IS IN FREE TIL 11PM. -
Sound by @djspontane. -over 55
hookah flavors available. - wide variety
of all Latin music. - we partying until
330am.
@lamegastation @dlunar_inc
#hookah #latina #latin #bottle
#afterhours #goodtimes #vip
#phillytrilogy #reggaeton #batacha
#salsa #merengue #latintrap
#latinblend #philly #dembow #hiphop
#philadelphia #newjersey #delaware
#tristate

**No comments yet.**

16 likes
July 15, 2018

Comments on this post have been limited.



Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile
- AI Studio
- Threads
- More

phillytrilogy • Follow
Trilogy Nightclub

phillytrilogy 350w
Tonight, tonight,tonight, join us for the grand opening of MEGA 105.7fm live broadcast of "THE LATIN BLEND" at Trilogy nightclub at 601 spring garden st in phila, pa.
Tell a friend to tell a friend & plz repost...
@djspontane @dlunar_inc @lameganation

dlunar_inc ✔ 349w
ALL ROADS LEAD TO 6TH & SPRING GARDEN THIS SUNDAY FOR THE OFFICIAL LAUNCH OF LATIN BLEND THE #1 WEEKLY PARTY FOR SUMMER 2018.
IT ALL GOES DOWN AT TRILOGY NIGHTCLUB LOCATED ON THE CORNER OF 6TH AND SPRING

16 likes
July 1, 2018

Comments on this post have been limited.



**phillytrilogy** · Follow
Trilogy Nightclub

**phillytrilogy** 352w
Starting Sunday July 1st, live broadcast on
la Mega 105.7 fm at phillytrilogy!!!
@djspontane

## No comments yet.

Start the conversation.

18 likes
June 20, 2018

Comments on this post have been limited.

facebook.com/photo/?fbid=2615438201805473&set=a.226464657369518



Trilogy
March 3, 2019

SINDUSTRY Sunday is happening tonight, Rain or snow, we will be open!!!

1

1

Write a comment...

Friday, March 21, 2025
Fri 7:51 PM (Local time)

7:51 PM
3/21/2025





Trilogy
February 10, 2019 · ⚙

Join us tonight for hookah Sunday at Trilogy!!!

Write a comment...

Friday, March 21, 2025
Fri 7:52 PM (Local time)

7:52 PM
3/21/2025





Trilogy
January 27, 2019 · ⚙

SINDUSTRY Sundays at Trilogy!
We partying till 330am!!!

6                               1 💬    4 ↗

👍        💬        ↗

Most relevant ▼

Sherlan Atkins
👍
6y    Like    Reply

Write a comment...



Trilogy
January 6, 2019 ·

Trilogy tonight!!! #Birdgang come celebrate the 🏆🏆🏆's victory with us!!!
We partying until 330am!!!

Write a comment...













Trilogy
June 25, 2018 · ⚙

Join us this Sunday for our grand opening Live broadcast on La Mega 105.7 FM Latin Blend at Trilogy!!!

Write a comment...

Friday, March 21, 2025
Fri 7:54 PM (Local time)

7:54 PM
3/21/2025



Trilogy
June 25, 2018 · 🌐

Join us this Sunday for our grand opening Live broadcast on La Mega 105.7 FM Latin Blend at Trilogy!!!

3

Write a comment...

Friday, March 21, 2025
Fri 7:54 PM (Local Time)

7:54 PM
3/21/2025



Trilogy
June 20, 2018

Join us this Sunday for our grand opening Live broadcast on La Mega 105.7 FM Latin Blend at Trilogy!!! @dlunar_inc @djspontane...

18

Write a comment...