**EXHIBIT F**





