**EXHIBIT G**







