# EXHIBIT I



phillytrilogy • Follow
Trilogy

phillytrilogy 284w
Weekend at Trilogy nightclub!!!

**No comments yet.**

Start the conversation.

6 likes
October 9, 2019

Comments on this post have been limited.

Instagram

Home

Search

Explore

Reels

Messages

Notifications

Create

Profile

AI Studio

Threads

More



**phillytrilogy** • Follow
Trilogy

**phillytrilogy** 284w
Everybody is in free until 1130 pm at
Trilogy nightclub this weekend!!!

## No comments yet.

Start the conversation.

2 likes
October 9, 2019

Comments on this post have been limited.

Friday, March 21, 2025
Fri 11:07 PM (Local time)

11:07 PM
3/21/2025



phillytrilogy • Follow
Trilogy

phillytrilogy 284w
Everybody is in free until 1130pm tonight!!!

**No comments yet.**

Start the conversation.

6 likes
October 11, 2019

Comments on this post have been limited.

More posts from phillytrilogy



**phillytrilogy** · Follow

**phillytrilogy** 298w
EVERYBODY'S IN FREE TIL1130PM
TONIGHT!!!
#afrobeats #hiphop #reggae #rnb
#reggaeton #dance #dancing #philly
#philadelphia #pennsylvania #newjersey
#delaware #vip #models #bottle #hookah
#hookahlounge #hookahbar #fun
#goodtimes #phillytrilogy

### No comments yet.

Start the conversation.

11 likes
July 5, 2019

Comments on this post have been limited.

Friday, March 21, 2025
Fri 11:09 PM (Local time)

11:09 PM
3/21/2025



phillytrilogy • Follow
Trilogy Nightclub

phillytrilogy 298w
We party hard each & every weekend at
Trilogy nightclub!!!
Everybody's in free until 1130pm tonight!!!
Tell a friend to tell a friend....
@_jess_anne @_powa @pheebasian
@djproud876 @dee_browning_
@therealdj_ay @phillytrilogy
#Afrobeats #hiphop #reggae #rnb
#reggae #philly #philadelphia
#pennsylvania #newjersey #delaware
#motherland #africa #dance #dancing
#hookah #hookahlounge #hookahbar
#vip #bottleservice #models #funtimes
#international #diversity #phillytrilogy

No comments yet.

Start the conversation.

3 likes
June 29, 2019

Comments on this post have been limited.

instagram.com/p/BzQ43Ig8kX3/

Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile
- AI Studio
- Threads
- More



phillytrilogy · Follow

phillytrilogy 299w
Summer summer summer time!!!
Everybody's in free until 1130pm & we
partying until 330am @phillytrilogy!!!

**No comments yet.**

Start the conversation.

3 likes
June 28, 2019

Comments on this post have been limited.

Friday, March 21, 2025
Fri 11:10 PM (Local time)

11:10 PM
3/21/2025





Instagram

Home
Search
Explore
Reels
Messages
Notifications
Create
Profile
AI Studio
Threads
More

**phillytrilogy** • Follow
Trilogy

**phillytrilogy** 304w
Tonight, Tonight, Tonight at Trilogy nightclub!!! philadelphia #pennsylvania #newjersey #delaware #hiphop #reggae #reggaeton #afrobeats #rnb #vip #dance #bottleservice #fun #5am #afterhours #afterparty #hookah #hookahlounge #hookahbar #shisha #shishatime #shishabar #diversity #philly

### No comments yet.

Start the conversation.

13 likes
May 18, 2019

Comments on this post have been limited.

Friday, March 21, 2025
Fri 11:11 PM (Local time)

11:11 PM
3/21/2025









Home
Search
Explore
Reels
Messages
Notifications
Create
Profile
AI Studio
Threads
More

phillytrilogy • Follow

phillytrilogy 387w
SAT OCT 28TH BME + TRILOGY
PRESENT
TRI-STATE OFFICIAL HALLOWEEN
COSTUME PARTY AT TRILOGY ( ALL 3
FLOORS )

LINK FOR TICKETS
BMEHWEEN17.EVENTBRITE.COM

TRILOGY NIGHTCLUB 601 SPRING
GARDEN ST PHILA // MUSIC BY
DJBOSSMAN DJAY DJKING DJLBOOGIE
DJKO
DOORS OPEN FROM 10PM - 3:30AM
EVERYONE FREE BEFORE 11PM // 21+
EVENT
EVENT HOSTED BY : MISS CLAUDIA J
DRESS CODE : HALLOWEEN COSTUME
FREE BDAY BASH / TABLES
RESERVATION : 484.477.5729

3 likes
October 18, 2017

Comments on this post have been limited.

Friday, March 21, 2025
Fri 11:21 PM (Local time)

11:21 PM
3/21/2025